

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00572-CV

**IN THE INTEREST OF J.G.C., JR.**, C.A.C., H.C., Z.C., and J.A.C., Children

From the County Court, Jim Wells County, Texas
Trial Court No. 16-03-55745-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs shall be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED January 22, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice